# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

139121

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CLIFFORD LEE-MARK WILKINSON,
    Defendant-Appellant.

SC: 139121
COA: 291724
Wexford CC: 04-007370-FH

_____/

     By order of January 29, 2010, the application for leave to appeal the June 9, 2009 order of the Court of Appeals was held in abeyance pending the decision in *People v Feezel* (Docket No. 138031). On order of the Court, the case having been decided on June 8, 2010, 486 Mich 184 (2010), the application is again considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

s0131